# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Timothy M. Donohue – TMD/6606
**ARLEO & DONOHUE, L.L.C.**
622 Eagle Rock Avenue
West Orange, New Jersey 07052
Tel: (973) 736-8660
Attorneys for Kevin Burton

| | | |
|---|---|---|
| United States,<br><br>v.<br><br>Kevin Burton<br><br> | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Mag. No. 21-10198: (MAH)<br><br>**NOTICE OF MOTION TO MODIFY BAIL CONDITIONS** |

TO:    United States Attorney's Office
       District of New Jersey
       970 Broad Street
       Newark New Jersey 07102
       Attn: Keith Travers

   PLEASE TAKE NOTICE that at the earliest date and time available to the Court the undersigned counsel for Kevin Burton will ask the Court to modify the bail conditions of the defendant to permit his immediate release on electronic monitoring.

   PLEASE TAKE FURTHER NOTICE that the undersigned will rely upon the Certification of Counsel attached hereto and that counsel and defendant consent to the hearing in this matter being handled telephonically so as to permit an expeditious review of this matter.

                                          ARLEO & DONOHUE, LLC
                                          Counsel for Defendant

                                       By: */s/ Timothy M. Donohue*
                                             Timothy M. Donohue